# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NO. 5:23-CR-00146 |
| Plaintiff, ) | |
| ) | |
| v. ) | JUDGE AMANDA M. KNAPP |
| ) | |
| ROMEO V. TRAVIS, ) | **MOTION TO TRAVEL OUTSIDE** |
| ) | **OF NORTHERN DISTRICT OF OHIO** |
| Defendant. ) | |
| ) | |

Now comes Defendant, Romeo V. Travis, by and through the undersigned counsel, and respectfully requests permission to travel outside of the Northern District of Ohio to attend a Family Wedding on April 5 -9, 2023.

Counsel for the government has advised that they have no objection to this motion.

Respectfully submitted,

*/s/ Marisa T. Darden*
Marisa T. Darden (OH: 0098583)
Marisa.darden@squirepb.com
Squire Patton Boggs (US) LLP
1000 Key Tower
127 Public Square
Cleveland, OH 44114-1304
(216) 479-8500

*Counsel for Defendant Romeo V. Travis*

## **CERTIFICATE OF SERVICE**

The foregoing was filed electronically through the ECF system. Notice of this filing will be sent to all Parties by operation of the Court's electronic filing system on this 21st day of March 2023. Parties may access this filing through the Court's system.

/s/ *Marisa T. Darden*
Counsel for Defendant