## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 5:23-CR-00146 |
| | ) | |
| Plaintiff, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| v. | ) | **UNOPPOSED MOTION TO** |
| | ) | **CONTINUE SENTENCING OF** |
| ROMEO V. TRAVIS, | ) | **DEFENDANT ROMEO V. TRAVIS** |
| | ) | |
| Defendant. | ) | |

Now comes Defendant Romeo V. Travis ("Mr. Travis"), by and through the undersigned counsel hereby respectfully move this Court for an order continuing Mr. Travis's sentencing hearing, currently scheduled for August 28, 2023, at 10:00 a.m. The undersigned will be out of the country August 25-30, 2023. Subject to the availability of the Court, the parties request that the Court reschedule Mr. Travis's sentencing hearing to September 12, 2023, at 10:00 a.m. This requested continuance is necessary to permit Mr. Travis and the government to confer on specific issues related to restitution and to discuss sentencing strategy with Mr. Travis. The government does not oppose this motion. The parties also request that, commensurate with the continuance, the court extend the deadline to object to the presentence report to September 1, 2023. These requests are unopposed by the government.

Additionally, the parties request that Mr. Travis be permitted to travel to Miami from July 19, 2023, to July 21, 2023, and Destin, Florida for family vacation from August 7, 2023, to August 14, 2023.

Respectfully submitted,

/s/ *Marisa T. Darden*

Marisa T. Darden (0098583)
SQUIRE PATTON BOGGS (US) LLP
1000 Key Tower
127 Public Square
Cleveland, OH 44114-1304
marisa.darden@squirepb.com
Telephone: 216.479.8500
Fax: 216.479.8420

*Attorney for Defendant, Romeo V. Travis*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 6, 2023, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ *Marisa T. Darden*
Marisa T. Darden

*Attorney for Defendant, Romeo V. Travis*