# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. 5:23-CR-00146 |
| Plaintiff, | ) JUDGE CHRISTOPHER A. BOYKO |
| vs. | ) |
| ROMEO V. TRAVIS, | ) **UNOPPOSED MOTION TO CONTINUE SENTENCING OF DEFEDANT ROMEO V. TRAVIS** |
| Defendant. | ) |

Now comes Defendant Romeo V. Travis ("Mr. Travis"), by and through the undersigned counsel hereby respectfully move this Court for an order continuing Mr. Travis's sentencing hearing, currently scheduled for December 14, at 10:00 a.m. for 90 days. This requested continuance is necessary to permit Mr. Travis and the government to continue to confer on specific issues related to restitution and to discuss sentencing strategy with Mr. Travis. The government does not oppose this motion. The parties also request that, commensurate with the continuance, the court extend the deadline to object to the presentence report for 90 days. These requests are unopposed by the government.

Dated: November 29, 2023

Respectfully submitted,

*/s/ Marisa T. Darden*

MARISA T. DARDEN (0074258)
**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
127 Public Square, Suite 4900
Cleveland, Ohio 44114
Telephone: 216.363.4500
Facsimile: 216.363.4588
Email: mdarden@beneschlaw.com

*Attorneys for Defendant ROMEO V. TRAVIS*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 29, 2023, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation to the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

Respectfully submitted,

*/s/ Marisa T. Darden*
Marisa T. Darden

*Attorney for Defendant
Romeo V. Travis*