## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 5:23-cr-00146-CAB |
| | ) | |
| Plaintiff, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| v. | ) | |
| | ) | |
| ROMEO TRAVIS, | ) | **UNOPPOSED MOTION TO TRAVEL** |
| | ) | |
| Defendant | ) | |
| | ) | |

Now comes Defendant Romeo Travis, by and through the undersigned counsel, to respectfully request permission to travel to New York City on January 30 and 31, 2025, to explore a potential job opportunity. Mr. Travis' assigned Probation Officer, Shane Facenbaker has no objection to this motion.

Respectfully submitted,

/s/ *Marisa T. Darden*
Marisa T. Darden (0098583)
BENESCH, FRIEDLANDER, COPLAN
 & ARONOFF
127 Public Square, Suite 4900
Cleveland, OH 44114
Tel: (216) 363-4440
Fax: (216) 363-4588
mdarden@beneschlaw.com

*Attorney for Defendant Romeo Travis*

## CERTIFICATE OF SERVICE

I hereby certify that on January 24, 2025, this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ *Marisa T. Darden*
Marisa T. Darden

*One of the Attorneys for*
*Defendant Romeo Travis*